UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. _____** |
| | : | |
| v. | : | |
| | : | **MAGISTRATE NO. 08-00447** |
| **BENJAMIN ZACARIAS-VASQUEZ** | : | |
| | : | **VIOLATION: 8 U.S.C. § 1326(a)** |
| Defendant. | : | |
| | : | **(Unlawful Re-Entry of a Removed Alien)** |
| | : | |

## AMENDED INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about July 9, 2008, within the United States, **BENJAMIN ZACARIAS-VASQUEZ,** an alien who had been previously removed under the same name as stated above, was found in Washington, D.C., without having obtained express consent to re-enter from the Attorney General or Secretary of the Department of Homeland Security, in violation of 8 U.S.C. § 1326(a).

**(Unlawful Re-Entry of a Removed Alien,** in violation of Title 8, United States Code, Section 1326(a)).

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

BY: _____
ANGELA S. GEORGE, D.C. BAR NO. 470-567
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., Room 4444
Washington, D.C. 20530
(202) 514-7315
Angeala.George@usdoj.gov