AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF __Columbia_____

UNITED STATES OF AMERICA
V.

Benjamin Zacarias-Vasquez

WAIVER OF INDICTMENT

CASE NUMBER: 08-226

FILED
AUG 14 2008
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT, CLERK

I, __Benjamin Zacarias-Vasquez__, the above named defendant, who is accused of

8 U.S.C. 1326 (b)(1) (Unlawful Re-Entry of A Removed Alien)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Thursday, August 14, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before __Rosemary M. Colyer__
         Judicial Officer

13 August 2008