**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.                                                          Criminal No. *08-226*

*Benjamin Zacarias-Vasquez*

**FILED**

AUG 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF TRIAL BY JURY

　　　　With the consent of the United States Attorney and the approval of the Court, the defendant waives

his/her right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

**I consent:**

_____
Assistant United States Attorney

**APPROVED:**

_____
ROSEMARY M. COLLYER
United States District Judge

Dated: *13 August 2008*