UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 08-00226 (RMC) |
| v. : | |
| BENJAMIN ZACARIAS-VASQUEZ : | VIOLATION: 8 U.S.C. § 1326(b)(1) |
| Defendant. : | |
| : | (Unlawful Re-Entry of a Removed Alien) |

FILED
AUG 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STATEMENT OF THE OFFENSE[1]

If this case were to proceed to trial, the government's evidence would establish beyond a reasonable doubt:

1. On or about August 10, 2004, the defendant, BENJAMIN ZACARIAS-VASQUEZ, was formally removed from the United States to Guatemala pursuant to an Order of Removal that was issued against him on June 28, 2004 by a United States immigration judge in Atlanta, GA.

2. At the time of the defendant's removal in 2004, he was told about the criminal penalties for re-entry into the United States.

3. After his deportation in 2004 and prior to his arrest in this offense, the defendant, knowingly and voluntarily, re-entered the United States. At the time of his arrest in this offense, the defendant has been illegally residing in the United States for approximately one to two years at Washington, D.C. 20010.

---

[1] This proffer of evidence is not intended to constitute a complete statement of all facts known by defendant Vazquez, but it is a basic statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for defendant's plea of guilty to the stated criminal charge.

4.   On or about July 9, 2008, in response to information received from a tip line, agents of the Immigration and Customs Enforcement ("ICE") agency responded to                    Washington, D.C. 20010. After entering the apartment, they located BENJAMIN ZACARIAS-VASQUEZ in the bedroom. Defendant Vasquez identified himself as BENJAMIN ZACARIAS-VASQUEZ to the ICE agents. After comparing him to a previously obtained photograph of BENJAMIN ZACARIAS-VASQUEZ, the defendant was arrested and transported to the Detention and Removal Office for the Washington Field Office of ICE in Fairfax, VA.

5.   Prior to being found at                    ,       ., Washington, D.C. 20010, the defendant had not obtained express written consent from the Attorney General or Secretary of the Department of Homeland Security to reapply for admission to the United States after his formal removal on August 10, 2004.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

*Angela S George*
ANGELA S. GEORGE
Assistant United States Attorney
D.C. Bar Number 470-567
555 4th Street, N.W., Room 4444
Washington, DC 20530
(202) 514-7315
Angela.George@usdoj.gov

## DEFENDANT'S ACCEPTANCE

I have read the Statement of the Offense and/or the Statement of the Offense has been read to me by a Spanish interpreter whom I understand. The Statement of the Offense sets forth the facts as to my participation in the **Unlawful Re-Entry of a Removed Alien, in violation of Title 8, United States Code, Section 1326(b)(1)**. I have discussed this proffer fully with my attorney, **David Bos, Esquire**. I fully understand this proffer, and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 8/14/08

BENJAMIN ZACARIAS-VASQUEZ
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's Statement of the Offense as to my client's participation in the stated charge, in violation of Title 8, United States Code, Section 1326(b)(1). I have reviewed the entire statement with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this statement.

Date: 8.14.08

DAVID BOS, Esquire
Counsel for Benjamin Zacarias-Vasquez